JAMES FORSYTH, Appellant, v. DANIEL HARTNETT, Respondent.

*Reservation of right of way in lease — action for use and occupation.*

Motion for a new trial on exceptions ordered to be heard in the first instance at the General Term, after a nonsuit ordered by the court.

The plaintiff was the owner of a lot fronting on the Hudson river. He leased it verbally to White & Co., " reserving the right of ferry-way, and of landing of ferry passengers crossing over the lot." There was no " particular location as to where the passengers should go." During this lease the defendant, running a ferry, landed at certain times on this lot, and on one occasion promised to pay the plaintiff for its use. The plaintiff now sues for use and occupation.

The court at General Term said : " Taking the language of the plaintiff himself, it cannot be said that any part of the lot was excepted from the lease to White & Co. The plaintiff expressly says that there was no particular location. White & Co. were the sole lessees of the lot. The plaintiff now insists that his claim is for the use and occupation of the slip or landing, and a way to and from the same across the lot. * * * But the evidence seems to show that all which the plaintiff reserved was a right to use this ferryway ; and that not exclusively. * * * If White & Co. were the lessees, and if all which the plaintiff had was the right to use the ferryway, an action for use and occupation could not be maintained by him. There was no land which the defendant occupied.

So, too, in this same view, the defendant's promise to pay was without consideration. The plaintiff parted with nothing, and it does not appear that his consent to the defendant's landing at this place was of any value. Unless the plaintiff had the exclusive right then, the consent to the defendant's landing should have come from White & Co. in order to give it any validity."

*George A. Mosher*, for the appellant. *Edgar L. Fursman*, for the respondent.

Opinion by Learned, P. J.

Present — Learned, P. J., Bockes and Boardman, JJ.

Motion for new trial denied, and judgment ordered for defendant with costs.